**So Ordered.**



Patricia C. Williams
Bankruptcy Judge

**Dated: October 25th, 2013**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC No. 11-CV-361-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-PCW11 |
| Debtor(s). | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80302-PCW11 |
| Plaintiff(s), | REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS ANTHONY ALFARONE AND LANGSTON ALFARONE (ECF NO. 317) |
| vs. | |
| ANTHONY ALFARONE, et al., | |
| Defendant(s). | |

The Honorable Patricia C. Williams, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding plaintiff's Motion for Entry of Default Judgment Against Defendants Anthony and Langston Alfarone (ECF No. 317) filed with the bankruptcy court in this adversary proceeding.

REPORT AND RECOMMENDATION RE: . . . ~ Page 1

This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Withdrawing the Reference and Referring to Bankruptcy Court for Further Proceedings entered on April 25, 2012 (ECF No. 29) in district court case No. 11-CV-361-RMP.

The recommendation is that plaintiff's Motion for Entry of Default Judgment Against Defendants Anthony and Langston Alfarone (ECF No. 317) be granted and the attached Default Judgment be entered in this adversary proceeding. The basis for this recommendation is that an Order of Default was entered by the bankruptcy court on September 19, 2013 (ECF No. 283).

///END OF REPORT AND RECOMMENDATION///

Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717
Attorneys to Bruce P. Kriegman, Liquidating Trustee

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | US District Case No. 11-CV-00361 |
| LLS AMERICA, LLC, | Bankruptcy No. 09-06194-PCW11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, Liquidating Trustee for LLS America LLC, | Adversary No. 11-80302-PCW 11 |
| Plaintiff, | DEFAULT JUDGMENT AGAINST DEFENDANTS ANTHONY ALFARONE AND LANGSTON ALFARONE |
| v. | |
| ANTHONY ALFARONE, et al., | |
| Defendants. | |

## JUDGMENT SUMMARY

1. Judgment Creditor: Plaintiff Bruce P. Kriegman

2. Attorney(s) for Judgment Creditors: Witherspoon Kelley

3. Judgment Debtors: Anthony Alfarone and Langston Alfarone

4. Attorney for Judgment Debtor(s): None

5. Amount of Judgment: $32,261.00

DEFAULT JUDGMENT- 1

S0790443.DOCX

WITHERSPOON•KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

6. Amount of Interest Owed to Date
   of Judgment:                    $0.00

7. Interest Rate:                  0.11% per annum

## JUDGMENT

The Bankruptcy Court having previously entered an Order of Default against Defendants Anthony Alfarone and Langston Alfarone (Adv. Doc. No. 283), and having reviewed the previously filed Memorandum of Authorities (Adv. Doc. No. 238), and the Affidavits of Curtis Frye and Shelley N. Ripley in Support of Plaintiff's Motion for Default Judgment filed herewith, and being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendants Anthony Alfarone and Langston Alfarone, as follows:

1. Monetary Judgment in the amount of $32,011.00 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $32,011.00 USD made to the Defendants within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. All said transfers to Defendants Anthony Alfarone and Langston Alfarone are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendants Anthony Alfarone and Langston Alfarone for

DEFAULT JUDGMENT- 2

S0790443.DOCX

WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

    4.    All proofs of claim of the Defendants which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendants Anthony Alfarone and Langston Alfarone or their affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendants Anthony Alfarone and Langston Alfarone shall not be entitled to collect on its proof of claim (Claim No. 384-1) until the monetary judgment is satisfied by Defendants Anthony Alfarone and Langston Alfarone in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1) and 105(a);

    5.    A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

    6.    Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of $32,261.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

    Entered this ___ day of _____, 2013.

                                           HONORABLE ROSANNA MALOUF PETERSON

*Presented by:*
WITHERSPOON · KELLEY

 *s/ Shelley N. Ripley*
Shelley N. Ripley, WSBA No. 28901
Attorneys for Plaintiff

DEFAULT JUDGMENT- 3

S0790443.DOCX

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100  Phone: 509.624.5265
Spokane, Washington 99201-0300  Fax: 509.458.2728